UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

     Plaintiff,

                                      Hon. Hala Y. Jarbou

v.

                                       Case No. 1:23-cr-120

SHAMONTE DEMORQUEZ BUCHANAN,

     Defendant.

_____/

## ORDER OF DETENTION

     Defendant appeared this date for a bond hearing. For the reasons stated on the record, the

Court finds by clear and convincing evidence that no condition or combination of conditions will

reasonably assure the safety of the community.

     Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney

General pending trial.

     DONE AND ORDERED on October 18, 2023.

                                 /s/ Sally J. Berens
                                 SALLY J. BERENS
                                 U.S. Magistrate Judge